IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02135-BNB

NATACHO LEON VALDEZ,

Applicant,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 17 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Natacho Leon Valdez, currently is serving a four-year sentence in California state prison. He attempted to initiate the instant action by submitting a document titled "Notice of Untried Indictment, Information or Complaint and of Right to Request Disposition."

In an order filed on October 2, 2008, Magistrate Boyd N. Boland ordered Mr. Valdez to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Valdez was directed to submit on the proper, Court-approved form an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. He also was directed either to pay the $5.00 filing fee in a habeas corpus action or to submit on the proper, Court-approved form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action.

On October 17, 2008, in response to the October 2, 2008, order to cure, Mr. Valdez submitted an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C.

§ 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. However, he failed within the time allowed to submit a certified copy of his trust fund account statement for the six-month period immediately preceding this filing.

Rule 3 of the Rules Governing Section 2254 Cases in the United States District Courts requires a "certificate of the warden or other appropriate officer of the institution in which the petitioner is confined as to the amount of money or securities on deposit to the petitioner's credit in any account in the institution." The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action also notes the requirement for a certified copy of an inmate's trust fund account statement. The October 2, 2008, order warned Mr. Valdez that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure to cure. It is

FURTHER ORDERED that the motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 14th day of Nov., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02135-BNB

Natacho Valdez
Prisoner No. G11098
Sierra Conservation Center State Prison
5150 O'Byrnes Ferry Road - Housing 37/u8
Jamestown, CA 95327

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/17/08

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk